# United States Court of Appeals for the Federal Circuit

September 1, 2011

**ERRATUM**

Appeal No. 2010-1546

**DELANO FARMS COMPANY,
FOUR STAR FRUIT, INC., AND GERAWAN
FARMING, INC.**

v.

**THE CALIFORNIA TABLE GRAPE COMMISSION,
and**

**UNITED STATES DEPARTMENT OF
AGRICULTURE, and THOMAS J. VILSACK,
Secretary of Agriculture.**

Decided: August 24, 2011
Precedential Opinion

Please make the following change:

Page 2, line 33, change "Plant Variety Protection Act" to "Plant Patent Act".